# United States District Court
# For The Western District of North Carolina
# Asheville Division

DENNIS VAN DYKE,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                      1:05cv357-03-MU

OFFICER O'DONNELL, R.J. DAVIS,
JAMES FISH, KAY YOUNG,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 1, 2006 Order.


August 1, 2006                                FRANK G. JOHNS, CLERK

                                                         *s/Elizabeth J. Barton*
                                      BY: _____
                                                       Elizabeth Barton, Deputy Clerk